ORIGINAL

maxmendiola5k

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
SEP 22 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00056 |
| Plaintiff, ) | **GOVERNMENT'S MOTION FOR A ONE-LEVEL DEPARTURE** |
| vs. ) | |
| MAX S. MENDIOLA, ) | |
| Defendant. ) | |

The United States adopted the findings of the Presentence Report in this matter on April 12, 2005. The government, however, overlooked the fact that defendant is entitled to a one-level departure pursuant to Guidelines § 3E1.1(b). Accordingly, the United States hereby moves this Honorable Court for a one level departure downward from the guidelines sentencing level pursuant to USSG § 3E1.1(b) because the defendant timely notified the government of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial

//
//
//
//
//
//
//

and permitting the court to allocate its resources efficiently. Defendant's present level is 30. A one-level reduction will result in a total offense level of 29, with a Guidelines range of 87-108 months. The government will be recommending a sentence of 87 months.

RESPECTFULLY SUBMITTED this 21st day of September, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

- 2 -

Case 1:04-cr-00056   Document 20   Filed 09/22/2005   Page 2 of 2