AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

    Plaintiff,

V.

Max S. Mendiola,

    Defendant.

**NOTICE**

CASE NUMBER: 1:04-cr-00056

[ ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

## *RESENTENCING*

[ X ] **TAKE NOTICE** that the resentencing hearing in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910<br>Honorable Lloyd D. George | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>Wednesday, October 5, 2005 at 10:00 A.M. | CONTINUED TO DATE AND TIME<br><br>Wednesday, October 5, 2005 at 3:15 P.M. |
|---|---|---|

MARY L.M. MORAN, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

September 30, 2005      Virginia T. Kilgore

DATE      /s/ (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office      Peter F. Perez
       U.S. Probation Office      U.S. Marshal Service