LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Max S. Mendiola*

FILED
DISTRICT COURT OF GUAM
OCT -5 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR04-00056 |
| vs. | **STIPULATION FOR CONTINUANCE OF SENTENCING HEARING** |
| MAX S. MENDIOLA, | |
| Defendant. | |

The parties herein stipulate to continuing the sentencing hearing currently set for October 5, 2005 to a date no earlier than sixty (60) days later, to be set at the Court's convenience.

IT IS SO STIPULATED this 5th day of October, 2005.

LUJAN, UNPINGCO, AGUIGUI
& PEREZ LLP

_____
PETER C. PEREZ, ESQ.
Attorney for Defendant

LEONARDO M. RAPADAS
UNITED STATES ATTORNEY
DISTRICTS OF GUAM AND NMI

_____
KARON V. JOHNSON, ESQ.
Assistant U.S. Attorney