LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Max S. Mendiola*

FILED
DISTRICT COURT OF GUAM
OCT -5 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>MAX S. MENDIOLA,<br><br>Defendant. | CRIMINAL CASE NO. CR04-00056<br><br>**ORDER**<br>**RE: STIPULATION OF PARTIES** |

Based upon the Stipulation of Parties filed October 5, 2005, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the sentencing hearing is continued to December 7, 2005 at 9:30 a.m.

DATED: 5 Oct 2005.

_____
LLOYD D. GEORGE
Designated Judge
District Court of Guam