LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Max S. Mendiola*

**FILED**
DISTRICT COURT OF GUAM
NOV 30 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR04-00056 |
| vs. | **STIPULATION FOR CONTINUANCE** |
| MAX S. MENDIOLA, | |
| Defendant. | |

The undersigned stipulate to continue the sentencing hearing currently scheduled for December 7, 2005 at 9:30 a.m. to a date no earlier than sixty (60) days later. The defense requests the continuance for the following reasons:

1. Defense counsel is seeking additional cooperation opportunities for his client; and

2. Defense counsel anticipates being on paternity leave on the currently set sentencing date.

IT IS SO STIPULATED this 25th day of November, 2005:

**LUJAN AGUIGUI & PEREZ LLP**

_____
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Max S. Mendiola*

**LEONARDO M. RAPADAS**
United States Attorney

_____
**KARON V. JOHNSON, ESQ.**
*Assistant U.S. Attorney*