LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Max S. Mendiola*

FILED
DISTRICT COURT OF GUAM
DEC - 5 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR04-00056 |
|---|---|
| vs. | **ORDER GRANTING STIPULATION FOR CONTINUANCE** |
| MAX S. MENDIOLA, | |
| Defendant. | |

Whereas, the Stipulation for Continuance was filed on November 30th, 2005.

Whereas, the Court having reviewed the record of the proceedings and papers filed herein, and being fully apprised in the premises, NOW THEREFORE,

**IT IS HEREBY ORDERED** that the Stipulation for Continuance is hereby granted. The sentencing hearing previously set for December 7, 2005 at 9:30 a.m. shall be continued for sixty (60) days, or February 8, 2006 at 9:30 a.m.

Dated: December 5, 2005

_____
D. Lowell Jensen*
District Court of Guam

---

*The Honorable D. Lowell Jensen, United States Senior District Judge for Northern District of California, by designation.