```
LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297
```

*Attorneys for Defendant Max S. Mendiola*
**FILED**
DISTRICT COURT OF GUAM
JAN 20 2006 ⁊ℓ
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR04-00056 |
| vs. | **STIPULATION FOR CONTINUANCE** |
| MAX S. MENDIOLA, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America through Karon V. Johnson, Esq. and Defendant Max S. Mendiola, through his counsel, Peter C. Perez, Esq., hereby stipulate to continue the deadline of the Presentence Investigation Report and the Sentencing hearing currently scheduled for February 8, 2006 at 9:30 a.m., to dates no earlier than forty-five (45) days. This continuance is requested by defense counsel, who will be in trial in the Superior Court of Guam in *People v. Luis G. Seagraves, Jr.*, CF0363-03, and which trial is expected to last about a month.

IT IS SO STIPULATED this 20th day of January, 2006:

| | |
|---|---|
| **LUJAN AGUIGUI & PEREZ LLP** | **LEONARDO M. RAPADAS**<br>United States Attorney |
| /s/ Peter C. Perez | /s/ Karon V. Johnson |
| **PETER C. PEREZ, ESQ.**<br>*Attorney for Defendant Max S. Mendiola* | **KARON V. JOHNSON, ESQ.**<br>*Assistant U.S. Attorney* |