FILED
DISTRICT COURT OF GUAM
FEB - 1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> MAX S. MENDIOLA, ) <br> Defendant. ) | CRIMINAL CASE NO. 04-00056 <br><br> **ORDER** <br> Denying Stipulation for Continuance |

On January 20, 2006, the parties filed a Stipulation requesting that the sentencing hearing of the above-named Defendant, presently set for February 8, 2006, be continued for a period of 45 days because of the defense counsel's involvement in a lengthy criminal trial before the Superior Court of Guam. The Court has since been made aware that said criminal trial has been continued to commence sometime in March 2006. Because a scheduling conflict no longer exists, the Court hereby denies the request for a continuance of the sentencing hearing.

SO ORDERED this 1st day of February 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

ORIGINAL