# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Max S. Mendiola, <br><br> Defendant. | Case No. 1:04-cr-00056 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Judgment and the Notice of Entry filed February 13, 2006***, on the dates indicated below:

| *U.S. Attorney's Office* | *Peter C. Perez* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *February 13, 2006* | *February 13, 2006* | *February 13, 2006* <br> *(Judgment only)* | *February 13, 2006* <br> *(Judgment only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment and the Notice of Entry filed February 13, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 13, 2006  /s/ Leilani R. Toves Hernandez
                                        Deputy Clerk