
MAX S. MENDIOLA, pro se
Federal Detention Center
PO Box 3236
Hagåtña, Guam 96932

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>MAX S. MENDIOLA,<br><br>Defendant. | CR-04-00056<br><br>MOTION FOR LEAVE TO PROCEED IN *FORMA PAUPERIS* |

Pursuant to 28 U.S.C.A.§ 1915 and Rule 24, Fed.R.App.P., Max S. Mendiola, an individual incarcerated at the Federal Detention Center in Guam, respectfully moves the Court to grant him leave to proceed *in forma pauperis* to the Ninth Circuit Court of Appeals to appeal the final judgment and sentence entered in this action February 13, 2006. This Motion is supported by an accompanying Declaration Under Penalty of Perjury.

February 23, 2006

_____
MAX S. MENDIOLA, *pro se*

Page 1 of 2
*United States of America v. Mendiola*
CR-04-00056
Motion for Leave to Proceed in *Forma Pauperis*

Case 1:04-cr-00056    Document 39    Filed 02/23/2006    Page 1 of 2

**Proof of Service**

I certify that on February 23, 2006, I caused a copy of the foregoing Motion for Leave to Proceed *in Forma Pauperis* to be served upon:

Leonardo M. Rapadas, Esq.
United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910
Telephone    (671) 472-7332
Facsimile    (671) 472-7215

Service was accomplished by delivery of a copy of the form by messenger to the above-named person at the above named address. Executed this 23rd day of February 2006.

_____
Max S. Mendiola, *pro se*

Page 2 of 2

*United States of America v. Mendiola*
CR-04-00056
Motion for Leave to Proceed *in Forma Pauperis*
Case 1:04-cr-00056    Document 39    Filed 02/23/2006    Page 2 of 2