FILED
DISTRICT COURT OF GUAM
FEB 23 2006
MARY L.M. MORAN
CLERK OF COURT

MAX S. MENDIOLA, *pro se*
Federal Detention Center
PO Box 3236
Hagåtña, Guam 96932

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>MAX S. MENDIOLA,<br><br>Defendant. | CR-04-00056<br><br>MOTION OF INDIGENT DEFENDANT FOR APPOINTMENT OF COUNSEL ON APPEAL |

I, Max S. Mendiola, declare:

1. I am the Defendant above named and desire the assistance of counsel in perfecting the appeal of my sentence to the 9th Circuit Court of Appeals.

2. I represent to the Court that I am without money or means with which to employ an attorney and so I am unable financially to retain counsel for myself.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Hagåtña, Guam, February 23, 2006.

_____
MAX S. MENDIOLA, *pro se*

Page 1 of 2
*United States of America v. Mendiola*
CR-04-00056
Motion for Appointment of Counsel

Case 1:04-cr-00056   Document 41   Filed 02/23/2006   Page 1 of 2

**Proof of Service**

I certify that on February 23, 2006, I caused a copy of the foregoing Motion of Indigent Defendant for Appointment of Counsel on Appeal to be served upon:

Leonardo M. Rapadas, Esq.
United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910
Telephone     (671) 472-7332
Facsimile     (671) 472-7215

Service was accomplished by delivery of a copy of the form by messenger to the above-named person at the above named address. Executed this 23rd day of February 2006.

_____
Max S. Mendiola

Page 2 of 2
*United States of America v. Mendiola*
CR-04-00056
Motion for Appointment of Counsel
Case 1:04-cr-00056     Document 41     Filed 02/23/2006     Page 2 of 2