```
1  MAX S. MENDIOLA, pro se
   Federal Detention Center
2  PO Box 3236
   Hagåtña, Guam 96932
```

FILED
DISTRICT COURT OF GUAM
FEB 23 2006
MARY L.M. MORAN
CLERK OF COURT

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     -vs-<br><br>MAX S. MENDIOLA,<br><br>            Defendant. | CR-04-00056<br><br>AUTHORIZATION TO RELEASE TRUST FUND ACCOUNT INFORMATION |

I, Max S. Mendiola, request and authorize the Guam Department of Corrections, the agency that holds me in custody at the Federal Detention Center, Guam, to issue a certified copy to the United States District Court of Guam of the statement for the past six months of my trust fund account with the Department of Corrections. This authorization is furnished in connection with an appeal I seek to make and will be used in support of my application to proceed on appeal *in forma pauperis*.

                                                                  /s/ Max S. Mendiola
                                                         MAX S. MENDIOLA, pro se

Page 1 of 2

*United States of America v. Mendiola*
CR-04-00056
Authorization to Release Trust Account Information
Case 1:04-cr-00056    Document 42    Filed 02/23/2006    Page 1 of 2

## Proof of Service

I certify that on February 23, 2006, I caused a copy of the foregoing Authorization to Release Trust Account Information to be served upon:

    Leonardo M. Rapadas, Esq.
    United States Attorney
    108 Hernan Cortes Avenue, Suite 500
    Hagåtña, Guam 96910
    Telephone   (671) 472-7332
    Facsimile    (671) 472-7215

Service was accomplished by delivery of a copy of the form by messenger to the above-named person at the above named address. Executed this 23rd day of February 2006.

_____
Max S. Mendiola

Page 2 of 2

*United States of America v. Mendiola*
CR-04-00056
Authorization to Release Trust Account Information