

MAX S. MENDIOLA, pro se
Federal Detention Center
PO Box 3236
Hagåtña, Guam 96932

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>-vs-<br><br>MAX S. MENDIOLA,<br><br>　　　　　　Defendant. | CR-04-00056<br><br>NOTICE OF APPEAL |

　　　Pursuant to Rule 4(b), Fed.R.App.P., Max S. Mendiola, an individual incarcerated at the Federal Detention Center in Guam, appeals *pro se* to the Ninth Circuit Court of Appeals the final judgment and sentence entered in this action February 13, 2006.

　　　Contemporaneously with the filing of this Notice of Appeal, I am filing a Motion and Affidavit to permit me to proceed *in forma pauperis*.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MAX S. MENDIOLA, *pro se*

**Proof of Service**

I certify that on February 23, 2006, I caused a copy of the foregoing Notice of Appeal to be served upon:

Leonardo M. Rapadas, Esq.
United States Attorney
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910
Telephone     (671) 472-7332
Facsimile     (671) 472-7215

Service was accomplished by delivery of a copy of the Notice of Appeal by messenger to the above-named person at the above named address. Executed this 23rd day of February 2006.

_____
Max S. Mendiola, *pro se*