MAX S. MENDIOLA, pro se
Federal Detention Center
PO Box 3236
Hagåtña, Guam 96932

FILED
DISTRICT COURT OF GUAM
FEB 27 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CR-04-00056 |
|---|---|
| Plaintiff, | |
| -vs- | ORDER GRANTING DEFENDANT LEAVE TO PROCEED *IN FORMA PAUPERIS* |
| MAX S. MENDIOLA, | |
| Defendant. | |

On consideration of the Defendant's Motion for Leave to Proceed on Appeal *in forma pauperis* and review of the Defendant's Declaration Under Penalty of Perjury in support of his Motion, it is **ORDERED** that the Motion to Proceed *in forma pauperis* be, and the same is hereby, granted.

2/27/2006

_____
JOAQUIN V. E. MANIBUSAN JR.
Magistrate Judge

**ORIGINAL**

Page 1 of 1
*United States of America v. Mendiola*
CR-04-00056
Order Granting Leave to Proceed *in Forma Pauperis*
Case 1:04-cr-00056    Document 45    Filed 02/27/2006    Page 1 of 1