MAX S. MENDIOLA, pro se
Federal Detention Center
PO Box 3236
Hagåtña, Guam 96932

FILED
DISTRICT COURT OF GUAM
FEB 27 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>MAX S. MENDIOLA,<br><br>Defendant. | CR-04-00056<br><br>**ORDER GRANTING INDIGENT DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL** |

On consideration of the Defendant's Motion for Appointment of Counsel on Appeal and in reliance on the Defendant's Declaration Under Penalty of Perjury in support of his Motion to Proceed on Appeal *in forma pauperis*, it is **ORDERED** that the Motion to Appoint Counsel be, and the same is hereby, granted. Peter C. Perez of Lujan Aguigui & Perez LLP, the Defendant's counsel in proceedings before this Court, is hereby appointed to serve and appear generally through all proceedings in the case, unless sooner relieved by this Court or an Order of the 9th Circuit Court of Appeals.

2/27/2006.

_____
JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge

**ORIGINAL**

Page 1 of 1
*United States of America v. Mendiola*
CR-04-00056
Order Appointing Counsel for Indigent Defendant
Case 1:04-cr-00056    Document 46    Filed 02/27/2006    Page 1 of 1