| | | |
|---|---|---|
| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>TRANSCRIPT ORDER<br>*Read Instructions on Back.* | FOR COURT USE ONLY<br>DUE DATE: |

| 1. NAME<br>Anthony C. Perez | 2. PHONE NUMBER<br>(671) 477-8064/5 | 3. DATE<br>February 24, 2006 | |
|---|---|---|---|
| 4. MAILING ADDRESS Suite 300, Pacific News Building<br>238 Archbishop Flores Street | 5. CITY | 6. STATE | 7. ZIP CODE |
| 8. CASE NUMBER<br>CR-04-00056 | 9. JUDICIAL OFFICIAL<br>Burns | DATES OF PROCEEDINGS | |
| | | 10. FROM | 11. TO |
| 12. CASE NAME<br>USA vs MAX S. MENDIOLA | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Hagatna | 14. STATE Guam |

15. ORDER FOR
- [X] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☒ SENTENCING | 2/8/06 | CHANGE OF PLEA | 1-18-05 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☒ | NO. OF COPIES 2 | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

FILED
DISTRICT COURT OF GUAM
MAR 2 8 2006
MARY L.M. MORAN
CLERK OF COURT

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE [signature]
19. DATE 7/27/06

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | |

(Previous editions of this form may still be used)   ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY